# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————————

No. 08-3369

———————————

| | | |
|---|---|---|
| Linda Downey, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| City of Carlisle, Iowa; Police | * | |
| Chief Ron Fox; City Manager Neil | * | [UNPUBLISHED] |
| Ruddy; Officer Tom Bauler, | * | |
| | * | |
| Appellees. | * | |

———————————

Submitted: June 10, 2009
Filed: November 27, 2009

———————————

Before BYE, HANSEN, and BENTON, Circuit Judges.

———————————

PER CURIAM.

Linda Downey appeals the grant of summary judgment on her claims of sexual harassment, discrimination, and retaliation in violation of Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e to 2000e-17. At the time of her resignation from the Carlisle Police Department, Ms. Downey executed a broad release that released and discharged the City of Carlisle and its employees from any claims related to her employment with the City of Carlisle. "A voluntary waiver of claims bars future action on such claims." Littrell v. City of Kansas City, 459 F.3d 918, 921 (8th Cir. 2006).

Summary judgment on Count VI, asserting discrimination claims under Title VII, was granted to the defendants based both on the broad terms of the release signed by Ms. Downey and the lack of admissible evidence to support the allegations. We have carefully reviewed *de novo*, <u>see</u> <u>id.</u>, the magistrate judge's[1] comprehensive memorandum and order, and we determine that an extended opinion would serve no precedential value. Accordingly, the judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

_____

[1]The Honorable Ross A. Walters, United States Magistrate Judge for the Southern District of Iowa, presiding with the consent of the parties pursuant to 28 U.S.C. § 636(c).